```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07430
   DEBORAH A JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-4911


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/03/2005 and was confirmed 05/19/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/23/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP   CURRENT MORTG           .00            .00              .00
ABN AMRO MORTGAGE GROUP   MORTGAGE ARRE       2713.38            .00          2713.38
WELLS FARGO FINANCIAL IL  SECURED NOT I       4956.34            .00              .00
FIRST INVESTORS FINANCIA  SECURED              500.00          69.62           500.00
FIRST INVESTORS FINANCIA  UNSECURED         NOT FILED            .00              .00
ROUNDUP FUNDING LLC       UNSECURED            401.62            .00            40.16
BANKCARD SERVICE          UNSECURED         NOT FILED            .00              .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00              .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00              .00
SEARS ROEBUCK & CO        UNSECURED         NOT FILED            .00              .00
WELLS FARGO FINANCIAL IL  SECURED NOT I           .00            .00              .00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE           .00            .00              .00
CITIFINANCIAL MORTGAGE C  CURRENT MORTG           .00            .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        4,055.20                         3,901.98
TOM VAUGHN                TRUSTEE                                               399.86
DEBTOR REFUND             REFUND                                                   .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   7,625.00

PRIORITY                                            .00
SECURED                                        3,213.38
    INTEREST                                      69.62
UNSECURED                                         40.16
ADMINISTRATIVE                                 3,901.98
TRUSTEE COMPENSATION                             399.86
DEBTOR REFUND                                       .00
                          --------------    --------------
TOTALS                    7,625.00             7,625.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07430 DEBORAH A JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/05/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 05 B 07430 DEBORAH A JOHNSON